KRISTINA DAVID
CA Bar # 346347
David Strashnoy Law, PC
1901 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
Tel.: 818-646-7350
kristina@strashnoylaw.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sutro Software Inc.,       Plaintiff,<br><br>      v.<br><br>United States Citizenship and Immigration Services,<br><br>      Defendant. | C/A No. 3:25-cv-07799 RFL |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff voluntarily dismisses this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff has elected to pursue alternative options.

April 15, 2026

Respectfully Submitted,

*/s/ Kristina David*
Kristina David
CA Bar No. 346347
David Strashnoy Law, PC
1901 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
818-646-7350
kristina@strashnoylaw.com
Attorney for Plaintiff

NOTICE OF FILING PROOF OF SERVICE - 1

GRANTED

Judge Rita F. Lin

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Dated: April 16, 2026**